

# United States District Court
# Eastern District of California

Shavanno Boston Donavaughn Cooper

Plaintiff(s)

Case Number: 1:26-cv-04235-EJD

V.

Christopher Chestnut, et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elissa Stiles hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Shavanno Boston Donavaughn Cooper

On 09/24/2019 (date), I was admitted to practice and presently in good standing in the Supreme Court of Oklahoma (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/11/2026        Signature of Applicant: /s/ Elissa Stiles

U.S. District Court – Pro Hac Vice Application        Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Elissa Stiles

Law Firm Name: Rivas & Associates

Address: PO Box 470348

City: Tulsa          State: OK          Zip: 74147

Phone Number w/Area Code: (918) 419-0166

City and State of Residence: Tulsa, Oklahoma

Primary E-mail Address: estiles@rivasassociates.com

Secondary E-mail Address: elissa.r.stiles@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group, LLC

Address: 2451 Crystal Drive, Suite 600

City: Arlington          State: VA          Zip: 22202

Phone Number w/Area Code: (202) 948-7948          Bar # 343072

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 16, 2026

_____
JUDGE, U.S. DISTRICT COURT